FILED BY_____ D.C.

05 MAY 16 AM 2: 22

ROBERT R. Di TROLIO
CLERK OF US DIST. CT.
W.D. OF TN. JACKSON

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**EASTERN DIVISION**

UNITED STATES OF AMERICA,           )
                                    )
            Plaintiff,              )        Cr. No. 1 - 0 5 - 1 0 0 3 6 - T An
                                    )
v.                                  )
                                    )        21 U.S.C. § 846
FELICIANNA T. BROWN,                )        21 U.S.C. § 841(a)(1)        ORIGINAL
                                    )
            Defendant.              )
                                    )

# INDICTMENT

**THE GRAND JURY CHARGES:**

## COUNT 1

Beginning at a time unknown to the grand jury, but through at least on or about

March 4, 2004, in the Western District of Tennessee, the defendant,

-------------------------------- **FELICIANNA T. BROWN**--------------------------------

did unlawfully, knowingly and intentionally conspire, combine, confederate and agree

with other persons both known and unknown to the grand jury, to possess with the

intent to distribute over 50 grams of cocaine base (crack cocaine), a controlled

substance as classified by Title 21, United States Code, Section 812 as a Schedule II

controlled substance, in violation of 21 U.S.C. § 841(a)(1).

## FORM AND SUBSTANCE OF THE CONSPIRACY

The object and purpose of this conspiracy was for **FELICIANNA T. BROWN** and other persons to obtain cocaine and then to mix with other products to manufacture cocaine base (crack cocaine) for the purpose of distributing in the Madison County, Jackson, Tennessee vicinity.  All in violation of 21 U.S.C. § 846.

## COUNT  2

On or about March 4, 2004, in the Western District of Tennessee, the defendant,

------------------------------------ **FELICIANNA T. BROWN**-----------------------------------------

did unlawfully, knowingly and intentionally possess with the intent to distribute over 50 grams of cocaine base (crack cocaine), classified by Title 21, United States Code, Section 812 as a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

A TRUE BILL:

_Sandra Williams_
FOREPERSON

_5·16·05_
DATE

_Aust- UNITED STATES ATTORNEY_

No. _____ GJ # 2406 _____

# UNITED STATES DISTRICT COURT

WESTERN  District of  TENNESSEE

EASTERN  Division

## THE UNITED STATES OF AMERICA

vs.

## FELICIANNA T. BROWN

## INDICTMENT

a true bill

_____
Foreman

Filed in open court this _____ day,

of _____ A.D. _____

_____
Clerk

Bail, $ _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 1 in
case 1:05-CR-10036 was distributed by fax, mail, or direct printing on
May 17, 2005 to the parties listed.

US Marshals
Jackson, TN

US Pretrial Office
Jackson, TN

US Probation Office
Jackson, TN

Honorable S. Anderson
US DISTRICT COURT