IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY _____ D.C.

05 MAY 31 AM 9:08

ROBERT R. DI TROLIO
CLERK, U.S. DIST CT.
W. D. OF TN JACKSON

UNITED STATES OF AMERICA,

    Plaintiff,

v.    Cr. No. 05-10036-T/An

FELICIANNA T. BROWN,

    Defendant.

### ORDER ON ARRAIGNMENT

This cause came to be heard on May 24, 2005. The Assistant United States Attorney appeared on behalf of the government, and the defendant appeared in person and with the following counsel, who is retained:

NAME:    Danny Ellis
ADDRESS:

TELEPHONE:

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

_____ The defendant, who is not in custody, may stand on his/her present bond.

✓ The defendant, (not having made bond) (being a state prisoner) (being a federal prisoner) (being held without bond pursuant to BRA of 1984), is remanded to the custody of the U.S. Marshal.

S. Thomas Anderson
S. THOMAS ANDERSON
United States Magistrate Judge

Charges:

Assistant U.S. Attorney assigned to case:

Rule 32 was: _____ waived ✓ not waived.

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 5/31/2005

Case 1:05-cr-10036-JDT   Document 11   Filed 05/31/05   Page 2 of 2    PageID 9

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 1:05-CR-10036 was distributed by fax, mail, or direct printing on May 31, 2005 to the parties listed.

---

Danny R. Ellis
MUELLER & ELLIS, PLC
1289 N. Highland Ave.
P.O. Box 3512
Jackson, TN 38303--351

Felicianna T. Brown
205 Lott Road
Henderson, TN 38340

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Honorable S. Anderson
US DISTRICT COURT