IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | ) NO. 05-10036-T |
| | ) |
| FELICIANNA T. BROWN | ) |

## MOTION TO ACCEPT LATE FILED MOTIONS

COMES NOW, the Defendant and would respectfully request this Court to allow accept Defendants' late filed motions in the above styled case. As grounds, the Defendant would state as follows:

1. Defendant did not received discovery until June 15, 2005.

2. Defendant's counsel has had to conduct interviews with many individuals to determine which motions need to be filed.

3. Since Defendant's arraignment, counsel for the Defendant has had an extremely heavy case load, including a brief to the Sixth Circuit Court of Appeals.

4. The report date for this case is August 15, 2005, giving the prosecution ample time to respond to Defendant's motions.

WHEREFORE, the above premises considered, the Defendant respectfully requests this Court enter an order allowing the Defendant to accept late filed motions.

Respectfully submitted,

DANNY R. ELLIS, 020747
1289 N. Highland Ave.
P.O. Box 3146
Jackson, TN 38303-3512
(731)988-9900

**MOTION GRANTED**
DATE: 18 July 2005

James D. Todd
U.S. District Judge

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 07-20-05

## CERTIFICATE OF SERVICE

I certify I have served an exact copy of the foregoing on opposing counsel by mailing, postage prepaid or by hand delivery.

Entered this ___15th___ day of ___July___, 2005.

_____
DANNY R. ELLIS

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 22 in case 1:05-CR-10036 was distributed by fax, mail, or direct printing on July 20, 2005 to the parties listed.

---

Danny R. Ellis
MUELLER & ELLIS, PLC
1289 N. Highland Ave.
P.O. Box 3512
Jackson, TN 38303--351

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT