IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | )  NO. 05-10036-T |
| | ) |
| FELICIANNA T. BROWN | ) |

## MOTION TO CONTINUE TRIAL

COMES NOW, the Defendant and would respectfully request this Court continue the Defendant's trial set for August 24, 2005. As grounds, the Defendant would state as follows:

1. A superceding indictment was returned on August 15, 2005.

2. This indictment alleges that Ms. Brown conspired with a now named Samuel Lawrence. In addition, the indictment alleges Ms. Brown violated 21 U.S.C. § 856, a new offense from the previous indictment.

3. Defendant would request additional time to complete discovery on these new charges.

4. Counsel for the Government is not opposed to this motion to continue the trial setting.

WHEREFORE, the above premises considered, the Defendant respectfully requests this Court enter an order moving the trial date.

Respectfully submitted,

**MOTION GRANTED**
DATE: 19 August 2005

_____
James D. Todd
U.S. District Judge

DANNY R. ELLIS, 020747
1289 N. Highland Ave.
P.O. Box 3146
Jackson, TN 38303-3512
(731)988-9900

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 08-22-05

## CERTIFICATE OF SERVICE

I certify I have served an exact copy of the foregoing on opposing counsel by mailing, postage prepaid or by hand delivery.

Entered this _____ day of _____, 2005.

_____
DANNY R. ELLIS

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 33 in case 1:05-CR-10036 was distributed by fax, mail, or direct printing on August 22, 2005 to the parties listed.

---

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Danny R. Ellis
MUELLER & ELLIS, PLC
1289 N. Highland Ave.
P.O. Box 3512
Jackson, TN 38303--351

Honorable James Todd
US DISTRICT COURT