IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY _____ D.C.

05 AUG 29 PM 3:51

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, JACKSON

UNITED STATES OF AMERICA,

    Plaintiff,

v.    Cr. No. 05-10036-01-T/An

FELICIANNA BROWN,

    Defendant.

---

### ORDER ON ARRAIGNMENT (SUPERSEDING INDICTMENT)

---

This cause came to be heard on August 29, 2005. The Assistant United States Attorney appeared on behalf of the government, and the defendant appeared in person and with the following counsel, who is appointed:

NAME:    Danny Ellis
ADDRESS:

TELEPHONE:

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

The defendant, who is not in custody, may stand on her present bond.

                                                        /s/ Thomas Anderson
                                                        S. THOMAS ANDERSON
                                                        United States Magistrate Judge

Charges:    controlled substance: sell, distribute or dispense

Assistant U.S. Attorney assigned to case: Kitchen

Rule 32 was:    _____ waived    ✓ not waived.

Defendant's age: 25

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 09-01-05

35

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 35 in case 1:05-CR-10036 was distributed by fax, mail, or direct printing on September 1, 2005 to the parties listed.

---

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Danny R. Ellis
MUELLER & ELLIS, PLC
1289 N. Highland Ave.
P.O. Box 3512
Jackson, TN 38303--351

Honorable James Todd
US DISTRICT COURT