IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

VS.                                              No. 05-10036-T

FELICIANNA BROWN and
SAMUEL LAWRENCE,

    Defendants.

## ORDER CONTINUING TRIAL AND EXCLUDING DELAY

The government and counsel for defendants have jointly moved for a continuance of this case which is currently set for trial on December 21, 2005. Since counsel for the government is unable to attend the scheduled trial in this action and counsel for defendant Felicianna Brown will also be unavailable, that motion is hereby granted. Therefore, the trial of this action is hereby continued and has been reset for February 6, 2006, at 9:30 a.m. and a new report/motion date has been set for January 24, 2006, at 8:30 a.m.

The court finds that the unavailability of the government and the counsel for defendant Felicianna Brown's need for continuity of counsel justify this continuance. The ends of justice served by the continuance outweigh the best interests of the public and the defendants in a speedy trial. <u>Accordingly, the trial is continued from December 21, 2005, to February 6, 2006, at 9:30 A.M. and a new report/motion date has been reset for January 24, 2006, at 8:30 a.m.</u> The resulting period of delay, from December 21, 2005, to February 6, 2006, is excluded pursuant to 18 U.S.C. § 3161(h)(8)(A).

IT IS SO ORDERED.

                                                                   _/s/ James D. Todd_
                                                                     JAMES D. TODD
                                                                     UNITED STATES DISTRICT JUDGE

                                                                     10 November 2005
                                                                     DATE



This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on   11-10-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 60 in case 1:05-CR-10036 was distributed by fax, mail, or direct printing on November 16, 2005 to the parties listed.

---

Danny R. Ellis
MUELLER & ELLIS
1289 N. Highland Ave.
Jackson, TN 38301

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT